# SCHEDULE A

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 1 | Aliexpress | Let's Have Fun Store | 1101213126 | 3256808712209832 | VA0002441308<br>VA0002441310<br>VA0002441312 |
| 2 | Aliexpress | Petworld Store | 1101249008 | 3256808477833710 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 3 | Aliexpress | Wisedom House Store | 1101249254 | 3256808477938615 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 4 | Aliexpress | It is up to you Store | 1101260862 | 3256808668859687 | VA0002441308<br>VA0002441310<br>VA0002441312 |
| 5 | Aliexpress | yundongchanpa Store | 1101326877 | 3256808799242114 | VA0002441308<br>VA0002441310 |
| 6 | Aliexpress | Everything for House Store | 1101373087 | 3256808479613873 | VA0002441308<br>VA0002441310 |
| 7 | Aliexpress | everyday sporting Store | 1101375180 | 3256808677912893 | VA0002441308<br>VA0002441310<br>VA0002441312 |
| 8 | Aliexpress | An-outdoor Store | 1101378650 | 3256808654303722 | VA0002441308<br>VA0002441310<br>VA0002441312 |
| 9 | Aliexpress | TNSC RUNING Store | 1101378926 | 3256808680535349 | VA0002441308<br>VA0002441310 |
| 10 | Aliexpress | Home World Dropshipping Store | 1101403328 | 3256808478109353 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 11 | Aliexpress | Happy Outside World 0508 Store | 1101410336 | 3256808673808157 | VA0002441308<br>VA0002441310 |
| 12 | Aliexpress | Shop1102211393 Store | 1102215358 | 3256808720769968 | VA0002441308<br>VA0002441310<br>VA0002441312 |
| 13 | Aliexpress | Electric Appliance&#39;s Store | 1102771871 | 3256808528521962 | VA0002441310<br>VA0002441314<br>VA0002441315 |
| 14 | Aliexpress | Shop1103621039 Store | 1103620054 | 3256808518383369 | VA0002441310<br>VA0002441312 |
| 15 | Aliexpress | Shopping Direct Sales Store | 1104056775 | 3256808605988190 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 16 | Aliexpress | Unfat Store | 1104075761 | 3256808650525258 | VA0002441308<br>VA0002441310<br>VA0002441312 |
| 17 | Aliexpress | Prettyhome Global Store | 1104090714 | 3256808783711892 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 18 | Aliexpress | NN US Store | 1104091496 | 3256808569070494 | VA0002441310<br>VA0002441312 |
| 19 | Aliexpress | Happy Home Life Store | 1104092414 | 3256808648692131 | VA0002441308<br>VA0002441310<br>VA0002441314 |
| 20 | Aliexpress | Shop1104338613 Store | 1104340590 | 3256808684619300 | VA0002441310<br>VA0002441314 |
| 21 | Aliexpress | Shop1104334586 Store | 1104344579 | 3256808783798569 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 22 | Aliexpress | MAKE YOU GREAT Store | 1104386469 | 3256808486964024 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 23 | Aliexpress | Happy Choic Store | 1104399429 | 3256808479427646 | VA0002441308<br>VA0002441310<br>VA0002441312 |
| 24 | Aliexpress | VaiLice Product Direct Store | 1104399430 | 3256808648789796 | VA0002441308<br>VA0002441310<br>VA0002441314 |
| 25 | Aliexpress | Global Mart Store | 1104406398 | 3256808479535490 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 26 | Aliexpress | Luckily Treasure Store | 1104409428 | 3256808613509575 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 27 | Aliexpress | Shop1104433216 Store | 1104437203 | 3256808504480938 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 28 | Aliexpress | TikTok Bae Store | 1104439118 | 3256808478128291 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 29 | Amazon | Zervonic | A10JAF5PCMFMUF | B0FLWW79TD | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 30 | Amazon | thriveo | A1247RYOV5QE0R | B0FHQRWBD4 | VA0002441312<br>VA0002441314 |

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 31 | Amazon | wuhanshipingpanze shangmao | A19X40MFA7QN3V | B0FJCYJM8Q | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | B0FJD4FLBB | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | B0FJDL87W7 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 32 | Amazon | GaiZhao-Us | A1WWYX5O7WBJEY | B0FCY9P6QJ | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 33 | Amazon | Amoq | A22TNJTMHYRDX4 | B0F636BWSQ | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 34 | Amazon | mengzhishangmao | A25VC6G2XEI58E | B0FDQW8WGS | VA0002441310<br>VA0002441314<br>VA0002441315 |
| 35 | Amazon | BONBLOOM LIMITED | A2G2MGVWM5EDR | B0FCY3MM4Q | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 36 | Amazon | Yinghekeji | A2GUL4SNJ7NUV1 | B0FMRH17KP | VA0002441314 |
| 37 | Amazon | XIMEIDUO | A2HD34MN0RRCAO | B0FFCMZFDX | VA0002441308<br>VA0002441310<br>VA0002441314 |
| 38 | Amazon | Sunny Sling | A2SYZKJFDOZKZH | B0FLVFN5TK | VA0002441310<br>VA0002441314<br>VA0002441315 |
| 39 | Amazon | honghuitian-US | A37TVR4LOSQ4LZ | B0FHDVF98G | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 40 | Amazon | Cigndindo | A3B4AN50NM75CT | B0FH22V5PL | VA0002441310<br>VA0002441312 |
| 41 | Amazon | guofang-us | A3GHBJJMOYJKB | B0FH6HG5LZ | VA0002441310<br>VA0002441312 |
| 42 | Amazon | Verve Base | A3OTWVF378HDHP | B0FM3VLSMR | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | B0FM4F88LN | VA0002441308<br>VA0002441310<br>VA0002441312 |

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| | | | | | VA0002441314 |
| 43 | Amazon | Drunk Butterfly | A46ZRO0AWEMYX | B0FCCZKVN4 | VA0002441312 |
| 44 | Amazon | Luoyuu | A505H0U4TGVUQ | B0F6M467PX | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 45 | Amazon | Shunlong US | AKOG5EFLT0UKR | B0FF9BMQQ9 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 46 | Amazon | huanglading | AT26FJC0QPNVC | B0FHW4FLDX | VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| 47 | Amazon | kelanqinjiu | AZQO2T1G9Y7WI | B0FDKQZLHV | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 48 | eBay | agonya9 | agonya9 | 405680512227 | VA0002441310 |
| 49 | eBay | beiger-store | beiger-store | 356683112256 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 50 | eBay | bendaoekn | bendaoekn | 405635510702 | VA0002441310 |
| 51 | eBay | cbvb8reg | cbvb8reg | 127006485975 | VA0002441308<br>VA0002441310<br>VA0002441312 |
| 52 | eBay | champracertwo | champracertwo | 226656890922 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 226656915011 | VA0002441308<br>VA0002441310<br>VA0002441312 |
| 53 | eBay | Chuanyi Fashion Fun | chuanyi-us02 | 187062519214 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 54 | eBay | fashionfashionon | fashionfashionon | 405816832545 | VA0002441308<br>VA0002441310<br>VA0002441314 |
| 55 | eBay | guangzhouhandatiyu_0 | guangzhouhandatiyu_0 | 335867876806 | VA0002441308<br>VA0002441310<br>VA0002441312 |
| 56 | eBay | gx0_58 | gx0_58 | 205365719320 | VA0002441308<br>VA0002441310<br>VA0002441314 |
| 57 | eBay | jack5sonj | jack5sonj | 388118607161 | VA0002441308 |

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| | | | | | VA0002441310 |
| | | | | | VA0002441314 |
| 58 | eBay | jiangz-1368 | jiangz-1368 | 236014343485 | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441312 |
| 59 | eBay | jingyg | jingyg | 376201300489 | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 60 | eBay | ljqudhey | ljqudhey | 356809070302 | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441315 |
| 61 | eBay | luckyday68 | luckyday68 | 376102846880 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 62 | eBay | owenqg | owenqg | 388118607274 | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441314 |
| 63 | eBay | sajcdy | sajcdy | 376142814803 | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 64 | eBay | sophiatu | sophiatu | 127004491517 | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441314 |
| 65 | eBay | swymy_83 | swymy_83 | 286424473250 | VA0002441310 |
| 66 | eBay | yhojr888 | yhojr888 | 286499831310 | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | 286499835351 | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441312 |
| 67 | eBay | YIHONGSHOP | yihong-shop | 388226298898 | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 68 | Other | kinginin | kinginin.com | roulette-the-thrilling-twist-and-pass-party-game | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| | | | | | VA0002441315 |
| 69 | Other | SWIM WEME | swimweme.com | roulette-the-thrilling-twist-and-pass-party-game | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| | | | | | VA0002441315 |
| 70 | Other | Watyrrwles | watyrrwles.com | ulette | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 71 | Shopify | aelln | aelln.com | ulette | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 72 | Shopify | BEAMING-BOUTIQUE | beaming-boutique.com | party | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| | | | | | VA0002441315 |
| 73 | Shopify | Pefuty | pefuty.shop | roulette-the-thrilling-twist-and-pass-party-game | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| | | | | | VA0002441315 |
| 74 | Shopify | POWIOS | powios.com | zzhh | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 75 | TikTok | FUYD US Shop | 7495683261824600982 | 1731454470530765718 | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 76 | TikTok | HomelyPick | 7495805425798580830 | 1731096757079609950 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | 1731232861711012446 | VA0002441310 |
| | | | | | VA0002441312 |
| 77 | TikTok | Huoz | 7495825794932902723 | 1731540677169812291 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 78 | TikTok | HUAYUNL | 7495857318707431915 | 1731176449476760043 | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 79 | TikTok | ANTHONY HERNANDEZ SHOP | 7495944811729487915 | 1731152828214186027 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| | | | | 1731153100543660075 | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441312 |
| 80 | TikTok | SereniSpace | 7496027456575539986 | 1731109117771092754 | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441314 |
| | | | | | VA0002441315 |
| | | | | 1731115507436786 | VA0002441312 |

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| | | | | 450 | |
| | | | | 17311979460517 28146 | VA0002441310 VA0002441312 VA0002441314 |
| 81 | TikTok | NestEssentialsShop | 7496080536018717 056 | 1731301089613877 632 | VA0002441308 VA0002441310 VA0002441312 VA0002441314 VA0002441315 |
| 82 | TikTok | Wot Electronics | 7496094058405858 064 | 1731191568685372 176 | VA0002441308 VA0002441310 VA0002441314 |
| 83 | TikTok | HomeMCX | 7496120942339328 232 | 1731096714278572 264 | VA0002441308 VA0002441310 VA0002441312 VA0002441314 |
| | | | | 1731211314335289 576 | VA0002441308 VA0002441310 VA0002441312 VA0002441314 VA0002441315 |
| | | | | 1731221343380869 352 | VA0002441308 VA0002441310 VA0002441312 VA0002441314 VA0002441315 |
| | | | | 1731267942819336 424 | VA0002441308 VA0002441310 VA0002441312 VA0002441314 VA0002441315 |
| 84 | TikTok | Hengmaer sports | 7496121067385161 844 | 1731041345918111 860 | VA0002441308 VA0002441310 VA0002441314 |
| 85 | TikTok | Home Good Life | 7496124222667786 698 | 1731078953172373 962 | VA0002441310 VA0002441312 |
| | | | | 1731106409078165 962 | VA0002441310 VA0002441312 VA0002441314 |
| | | | | 1731158597496508 874 | VA0002441310 VA0002441312 VA0002441314 |
| | | | | 1731201330987766 218 | VA0002441308 VA0002441310 VA0002441312 VA0002441314 |

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 86 | TikTok | PlantPixie | 7496127547971832275 | 1731167138012565971 | VA0002441308<br>VA0002441310<br>VA0002441314<br>VA0002441315 |
| 87 | TikTok | TengzhouXitaoTradingCoLtd | 7496128636041595191 | 1731406890234843447 | VA0002441310 |
| 88 | TikTok | DIYonDuty | 7496130427504331086 | 1731171776633016654 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 1731172382156624206 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 89 | TikTok | BlazeCrew | 7496131598178617621 | 1731171324333494549 | VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| 90 | TikTok | TaoZhengYanStore | 7496137931188898319 | 1731171912166576655 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 91 | TikTok | Yinshan Home Essentials | 7496148064184273506 | 1731163754291303010 | VA0002441310<br>VA0002441314 |
| 92 | TikTok | SummitShelter | 7496148219357137519 | 1731301288695665263 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 93 | TikTok | ZonTrade | 7496151515395885390 | 1731130578820632910 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 94 | TikTok | The store of stars | 7496156708894313372 | 1731270933517865884 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 95 | TikTok | PopTrove shop | 7496159650148026866 | 1731192664636166642 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| | | | | 1731225117278179826 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 96 | TikTok | Yanzi Shops | 7496161158617074202 | 1731564061663662618 | VA0002441308<br>VA0002441310<br>VA0002441314 |

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 97 | TikTok | Tool Life | 7496162072739022921 | 1731176930014171209 | VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| 98 | TikTok | LOOKALOOK | 7496164151395978176 | 1731339438388581312 | VA0002441310<br>VA0002441314 |
| 99 | TikTok | OU-SPORT | 7496164191530093504 | 1731339433630012352 | VA0002441310<br>VA0002441314 |
| 100 | TikTok | I saw that | 7496165055614913459 | 1731144188441891763 | VA0002441308<br>VA0002441310<br>VA0002441314<br>VA0002441315 |
| 101 | TikTok | Helinging | 7496165234510564009 | 1731478604054762153 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 102 | TikTok | RADIEL | 7496165467412007916 | 1731237767536612332 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 103 | TikTok | Make a fortune runner-up | 7496166503134758957 | 1731153286573101101 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 104 | TikTok | Lonely Horse | 7496179397910366705 | 1731154713902289393 | VA0002441308<br>VA0002441310 |
| 105 | TikTok | CasaNova Living | 7496181346428160707 | 1731180926900409027 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 1731198154009121475 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 106 | TikTok | Dwellify life | 7496183837984328174 | 1731215578861638126 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 107 | TikTok | Neatary | 7496185693580986683 | 1731158581263110459 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 1731165112415719739 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 1731196298191671611 | VA0002441310<br>VA0002441312 |
| | | | | 1731284285978153275 | VA0002441310<br>VA0002441312 |

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 108 | TikTok | UrbanBeast | 7496187222329297392 | 1731226269741060592 | VA0002441308<br>VA0002441310<br>VA0002441314 |
| 109 | TikTok | Blinkbox Shop | 7496188109629917660 | 1731208697974591964 | VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| 110 | TikTok | sporttttt | 7496188111627651779 | 1731241196534403779 | VA0002441308<br>VA0002441310<br>VA0002441312 |
| 111 | TikTok | Thinker Tots Treasury | 7496198135412919015 | 1731250592204362471 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| 112 | TikTok | EliteHome Curations | 7496199989347846479 | 1731262221498487119 | VA0002441308<br>VA0002441310<br>VA0002441312 |
| 112 | TikTok | EliteHome Curations | 7496199989347846479 | 1731281932610343247 | VA0002441310<br>VA0002441314<br>VA0002441315 |
| 113 | TikTok | SmartNook | 7496201071007009265 | 1731263822702875121 | VA0002441308<br>VA0002441310<br>VA0002441312 |
| 114 | TikTok | A happy year | 7496202043814283703 | 1731220882981753271 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 114 | TikTok | A happy year | 7496202043814283703 | 1731229142402765239 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 115 | TikTok | open wind sky | 7496204102453529265 | 1731295656214500017 | VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| 116 | TikTok | US GlimmaNest | 7496212115825395732 | 1731442746326814740 | VA0002441308<br>VA0002441310 |
| 117 | TikTok | A happy shop. | 7496213065378925046 | 1731291084252287478 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| 118 | TikTok | Sunday Supper Co. | 7496214615244441629 | 1731385752657694749 | VA0002441308<br>VA0002441310<br>VA0002441314 |

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 119 | TikTok | Very beautiful shop | 7496215583650778045 | 1731263346162701245 | VA0002441308<br>VA0002441310<br>VA0002441314<br>VA0002441315 |
| 120 | TikTok | UniBazaar | 7496215785772125162 | 1731263437514314730 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| | | | | 1731273820925301738 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| 121 | TikTok | GearJoy Toys | 7496218400662719280 | 1731467540041208624 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 122 | TikTok | KitchenMaMa | 7496220867462138150 | 1731269338246779174 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 1731272755743396134 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 1731278386809573670 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 1731319287650816294 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 123 | TikTok | The Foundry for Living | 7496226621544827247 | 1731352335300989295 | VA0002441308<br>VA0002441310<br>VA0002441314<br>VA0002441315 |
| 124 | TikTok | Wind Cloud Shop | 7496232031571577137 | 1731378639188627761 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441315 |
| | | | | 1731378857666842929 | VA0002441308<br>VA0002441310<br>VA0002441312 |
| 125 | TikTok | Yang Yan does outdoor sports | 7496232046275300330 | 1731473209440244714 | VA0002441310<br>VA0002441314 |

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 126 | TikTok | DwellMood Co | 7496235356777646455 | 1731327552990646647 | VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| 127 | TikTok | StellarLuxe | 7496242044104575862 | 1731367372587111286 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| 128 | TikTok | SimpliLiving Essentials | 7496245637816290039 | 1731387583439540983 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 129 | TikTok | The Shop of Rebirth | 7496248891727710246 | 1731362208887902246 | VA0002441310<br>VA0002441314 |
| 130 | TikTok | VortexVolt | 7496261494288517918 | 1731530161430369054 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| 131 | TikTok | YueXltt159 | 7496261664925387139 | 1731568155712196995 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 132 | TikTok | Allure LY | 7496261749367147284 | 1731521036742136596 | VA0002441308<br>VA0002441310<br>VA0002441314 |
| 133 | TikTok | Moomin | 7496270393147361334 | 1731541501535621174 | VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| 134 | TikTok | Nicoo Shop1 | 7496277102012303432 | 1731563339480404040 | VA0002441310<br>VA0002441312<br>VA0002441315 |
| 135 | TikTok | DJH Toytopia | 7496293241384569460 | 1731523662954795636 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 136 | TikTok | NAIL PRO MALL | 8646963400071415146 | 1731228623027671402 | VA0002441308<br>VA0002441310<br>VA0002441314<br>VA0002441315 |
| | | | | 1731230365239775594 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 137 | TikTok | CoCo1314 | 8647145322716107203 | 1731368293666361795 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| 138 | TikTok | Stavdecor | 8647181531522699507 | 1731175639775744243 | VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| 139 | TikTok | sukit21 | 8647226893798904505 | 1731425870550504121 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| 140 | TikTok | Lifenice | 8647229684485492831 | 1731190042260508767 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 141 | TikTok | Timmy Fun Shop | 8647308041519403998 | 1731230522656265182 | VA0002441308<br>VA0002441310<br>VA0002441314<br>VA0002441315 |
| 142 | TikTok | Crafty Functions | 8647482304368841536 | 1731487988621284160 | VA0002441308<br>VA0002441310 |
| 143 | TikTok | High Perf Appliances | 8651115876765832126 | 1731310572043473854 | VA0002441308<br>VA0002441310<br>VA0002441314<br>VA0002441315 |
| 144 | TikTok | Budget Home Upgrades | 8651162517916849013 | 1731218147655652213 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 145 | Walmart | Raoyue Clothing | 101594507 | 16114573407 | VA0002441308<br>VA0002441314 |
| 146 | Walmart | YEHOOM | 101671726 | 16492266533 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 146 | Walmart | YEHOOM | 101671726 | 16509924510 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 146 | Walmart | YEHOOM | 101671726 | 16509974582 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 146 | Walmart | YEHOOM | 101671726 | 16511123989 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 147 | Walmart | yinxianyan | 102481781 | 16293555380 | VA0002441308 |

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| | | | | | VA0002441310 |
| | | | | | VA0002441312 |
| 148 | Walmart | frank wu | 102486381 | 15711816024 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 149 | Walmart | Bencenti | 102600698 | 16582801525 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| | | | | 16609617091 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 150 | Walmart | Ooceanbreeze | 102612379 | 15732758549 | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441315 |
| 151 | Walmart | Youyouz | 102646599 | 16606312475 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| | | | | 16610118984 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 152 | Walmart | xingzhouheli | 102647407 | 16600003206 | VA0002441308 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| | | | | 16611507257 | VA0002441308 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 153 | Walmart | xinyao-US | 102717326 | 15644421622 | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441314 |
| | | | | 15668363378 | VA0002441310 |
| | | | | 15672761749 | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | 15673411242 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| | | | | 15678957852 | VA0002441310 |
| | | | | 15679207480 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| | | | | 15690865765 | VA0002441310 |
| | | | | 15671053495 | VA0002441308 |
| | | | | | VA0002441310 |
| 154 | Walmart | hoyaa | 102720587 | 16595820241 | VA0002441310 |
| | | | | | VA0002441312 |

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 155 | Walmart | cegeu | 102720612 | 16174604102 | VA0002441308<br>VA0002441310<br>VA0002441314 |
| | | | | 16615462640 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 16616161533 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 16636260790 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 156 | Walmart | Teeea | 102724893 | 16418052450 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 157 | Walmart | Wumart Store | 102729094 | 15943324019 | VA0002441308<br>VA0002441310<br>VA0002441314 |
| 158 | Walmart | Gamma Account | 102739042 | 16374424258 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 159 | Walmart | LIANZE | 102742544 | 15959453602 | VA0002441310<br>VA0002441314 |
| 160 | Walmart | GOUPENGWO | 102750851 | 16345806930 | VA0002441312 |
| 161 | Walmart | ZFBD82 | 102756812 | 16348169939 | VA0002441310<br>VA0002441312 |
| 162 | Walmart | BanTang Trade | 102761201 | 16398254888 | VA0002441310<br>VA0002441312 |
| 163 | Walmart | Pudong Trade | 102761482 | 16366359183 | VA0002441310<br>VA0002441312 |
| 164 | Walmart | fengjie | 102762789 | 16630612241 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 16637563148 | VA0002441308<br>VA0002441312<br>VA0002441314 |
| | | | | 16652260075 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 165 | Walmart | songzibin | 102764280 | 16569116917 | VA0002441308<br>VA0002441312<br>VA0002441314 |
| | | | | 16631661205 | VA0002441310<br>VA0002441312 |

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| | | | | | VA0002441314 |
| | | | | 16650614240 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 166 | Walmart | pcf-sej | 102773193 | 15750701047 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | 15802315690 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| | | | | 15805955386 | VA0002441310 |
| | | | | | VA0002441312 |
| 167 | Walmart | Bsmpzls | 102775753 | 16273052032 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| | | | | | VA0002441315 |
| 168 | Walmart | MEIMANMM | 102789418 | 15587724859 | VA0002441308 |
| | | | | | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 169 | Walmart | WEAFZ | 102797239 | 16616804214 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 170 | Walmart | WEQWS | 102797262 | 16631456456 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 171 | Walmart | KDNGDK65 | 102798648 | 16703605919 | VA0002441308 |
| | | | | | VA0002441314 |
| 172 | Walmart | Robb Marshall | 102798740 | 16573672807 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| | | | | 16613917051 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| | | | | 16634910762 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 173 | Walmart | XIANGYANG | 102799365 | 16602172600 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| | | | | 16646412047 | VA0002441312 |
| | | | | | VA0002441314 |
| 174 | Walmart | BDABDFGE | 102799368 | 16631273454 | VA0002441310 |
| | | | | | VA0002441312 |
| | | | | | VA0002441314 |
| 175 | Walmart | Seven Friends | 102804894 | 16343672166 | VA0002441310 |
| | | | | | VA0002441312 |

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 176 | Walmart | LIUSHO | 102806264 | 16574524032 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 16615052828 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 16625013873 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 177 | Walmart | zhengxuchaomaoyi | 102807395 | 16597801741 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 16623570625 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 16629158270 | VA0002441308<br>VA0002441312<br>VA0002441314 |
| 178 | Walmart | XUQIONGXIAN | 102813126 | 16582401151 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 16587959319 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 16636260788 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 179 | Walmart | yeyue | 102822459 | 16611703977 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 180 | Walmart | ShenZhenShiLiLong KeJiYouXianGongSi | 101273004 | 15611862415 | VA0002441310<br>VA0002441312 |
| 181 | Walmart | DomFun Flagship Store | 101622228 | 15540413774 | VA0002441310<br>VA0002441314 |
| 182 | Walmart | LHTGBHGSS | 101662170 | 15580524566 | VA0002441310<br>VA0002441314 |
| 183 | Walmart | Gshe lit | 102496909 | 16492266533 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 184 | Walmart | Yunyao | 102572069 | 17203951896 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| 185 | Walmart | PEIDA | 102615985 | 15711216640 | VA0002441308<br>VA0002441310 |

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| | | | | | VA0002441314 |
| | | | | 15771503455 | VA0002441308<br>VA0002441310<br>VA0002441314 |
| | | | | 15792665181 | VA0002441308<br>VA0002441310<br>VA0002441314 |
| 186 | Walmart | CHEN GJI | 102634054 | 15653854860 | VA0002441310<br>VA0002441312 |
| 187 | Walmart | HAIDFENE | 102643941 | 15718550651 | VA0002441310<br>VA0002441312 |
| 188 | Walmart | Care yourself | 102643961 | 15596272187 | VA0002441310<br>VA0002441314 |
| 189 | Walmart | NIUPENGJIE | 102744639 | 15659374870 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314<br>VA0002441315 |
| 190 | Walmart | HYYDHH | 102746195 | 15666401557 | VA0002441310<br>VA0002441314 |
| 191 | Walmart | weizahng | 102798518 | 16811405771 | VA0002441308<br>VA0002441312<br>VA0002441314 |
| 192 | Walmart | zKaiLiangShop | 102804397 | 17237123077 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 17290954077 | VA0002441310<br>VA0002441312<br>VA0002441314 |
| 193 | Walmart | Sherenzhuangliang | 102853748 | 17322951256 | VA0002441310 |
| 194 | Walmart | Agnrbo | 102864963 | 16906970473 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 16912761199 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| | | | | 16945705740 | VA0002441308<br>VA0002441310<br>VA0002441312<br>VA0002441314 |
| 195 | Walmart | wcg | 102887395 | 17149021374 | VA0002441310<br>VA0002441312 |