# EXHIBIT 1

# Shotgun Roulette - Copyright Summary

| Image: | Title: | Registration Number |
|---|---|---|
|  | **SHO-1** | [VA0002441312](VA0002441312) |
|  | **SHO-5.1** | [VA0002441314](VA0002441314) |

| | | |
|---|---|---|
| | **SHO-5.2** | VA0002441310 |
| | **SHO-5.3** | VA0002441310 |

|  |  |  |
|---|---|---|
|  | **SHO-6** | VA0002441315 |
|  | **SHO-8** | VA0002441308 |

| | | |
|---|---|---|
| | **SHO-9** | [VA0002441310](VA0002441310) |
| | **SHO-10** | [VA0002441308](VA0002441308) |

| | | |
|---|---|---|
| | **SHO-11** | VA0002441308 |
| | **SHO-12** | VA0002441310 |

|  | **SHO-13** | [VA0002441310](VA0002441310) |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-441-312**
**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
April 14, 2025

## Title

Title of Work: SHO-1

## Completion/Publication

Year of Completion: 2024
Date of 1st Publication: December 24, 2024
Nation of 1st Publication: United States

## Author

- Author: Guzzletech LLC
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Guzzletech LLC
1831 N. Belleview Drive, Bellbrook, OH, 45305, United States

## Rights and Permissions

Organization Name: Guzzletech LLC
Address: 1831 N. Belleview Drive
Bellbrook, OH 45305 United States

## Certification

Name: Jessica Delos Santos
Date: April 11, 2025

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-441-314**
**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
April 14, 2025

---

## Title
- **Title of Work:** SHO-5.1

## Completion/Publication
- **Year of Completion:** 2024
- **Date of 1st Publication:** December 24, 2024
- **Nation of 1st Publication:** United States

## Author
- **Author:** Guzzletech LLC
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright Claimant
- **Copyright Claimant:** Guzzletech LLC
  1831 N. Belleview Drive, Bellbrook, OH, 45305, United States

## Rights and Permissions
- **Organization Name:** Guzzletech LLC
- **Address:** 1831 N. Belleview Drive
  Bellbrook, OH 45305 United States

## Certification
- **Name:** Jessica Delos Santos
- **Date:** April 11, 2025

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-441-310**
**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
April 14, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: January 15, 2025 to January 15, 2025

### Title

| | |
|---|---|
| **Title of Group:** | Shotgun Roulette 2025 |
| **Number of Photographs in Group:** | 5 |
| • **Individual Photographs:** | SHO-5.2, SHO-5.3, SHO-9, SHO-12, SHO-13 |
| **Published:** | January 2025 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2025 |
| **Earliest Publication Date in Group:** | January 15, 2025 |
| **Latest Publication Date in Group:** | January 15, 2025 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Guzzletech LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Guzzletech LLC
1831 N. Belleview Drive, Bellbrook, OH, 45305, United States |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-441-315**
**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
April 14, 2025

## Title
    **Title of Work:** SHO-6

## Completion/Publication
    **Year of Completion:** 2024
    **Date of 1st Publication:** October 24, 2024
    **Nation of 1st Publication:** United States

## Author
-     **Author:** Guzzletech LLC
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant
    **Copyright Claimant:** Guzzletech LLC
    1831 N. Belleview Drive, Bellbrook, OH, 45305, United States

## Rights and Permissions
    **Organization Name:** Guzzletech LLC
    **Address:** 1831 N. Belleview Drive
    Bellbrook, OH 45305 United States

## Certification
    **Name:** Jessica Delos Santos
    **Date:** April 11, 2025

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-441-308**
**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
April 14, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: October 24, 2024 to October 24, 2024

### Title

|   |   |
|---|---|
| **Title of Group:** | Shotgun Roulette 2024 |
| **Number of Photographs in Group:** | 3 |
| • **Individual Photographs:** | SHO-8, SHO-10, SHO-11 |
| **Published:** | October 2024 |

### Completion/Publication

|   |   |
|---|---|
| **Year of Completion:** | 2024 |
| **Earliest Publication Date in Group:** | October 24, 2024 |
| **Latest Publication Date in Group:** | October 24, 2024 |
| **Nation of First Publication:** | United States |

### Author

|   |   |
|---|---|
| • **Author:** | Guzzletech LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

### Copyright Claimant

|   |   |
|---|---|
| **Copyright Claimant:** | Guzzletech LLC<br>1831 N. Belleview Drive, Bellbrook, OH, 45305, United States |

### Rights and Permissions